# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**  Davon Norvelle Spencer     **Docket Number:**  1:08CR00109-001

**Name of Judicial Officer**:     Anthony W. Ishii,  Senior United States District Court Judge

**Date of Original Sentence:**    8/3/2009

**Original Offense:** 18 U.S.C. § 286 - Conspiracy to Defraud the United States with Respect to Claims

**Original Sentence:** 33 months BOP; 36 months TSR; $100 SA; Mandatory drug testing

**Special Conditions:  1**) Warrantless search;  2) Not dissipate assets; 3) Financial access; 4) Financial restrictions; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) Aftercare co-payment  ; 8) Cooperate with IRS; 9) Mental health treatment

**Type of Supervision:**    Supervised release

**Date Supervision Commenced:**    9/30/2013

**Other Court Actions:**          None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential reentry center, Turning Point of Central California, for a period of up to 180 days; said placement shall commence as directed by the probation officer, pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

Page **1** of **2**                    PROB 12B
                                                                                      (08/13)

Justification: The above-referenced offender is currently completing the pre-release portion of his term of imprisonment at the local residential reentry center and is scheduled to discharge on September 30, 2013. He does not have a viable release plan and is requesting a public law placement of up to 180 days to provide him additional time to secure adequate housing.

Respectfully submitted,
**/s/ Hubert J. Alvarez**

**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**
Telephone: (559) 499-5727

**DATED:** 9/19/2013

Reviewed by,
**/s/ Robert A. Ramirez**

**ROBERT A. RAMIREZ**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

IT IS SO ORDERED.

Dated: September 20, 2013    _____
SENIOR DISTRICT JUDGE